

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-20-00202-CV

**MUSCULOSKELETAL IMAGING CONSULTANTS, LLC,**
Appellant

v.

**JAR ENTERPRISES, INC.** d/b/a Premier Medical Imaging,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-12957
Honorable Cynthia Marie Chapa, Judge Presiding

## O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due October 26, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2020.

MICHAEL A. CRUZ,
Clerk of Court